UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Daniel F. Greeley, M.D.,<br>　　　　　　Plaintiff,<br><br>v.<br><br>Fairview Health Services and Diane Iorfida, as Senior Vice-President of Human Resources of Fairview, as Plan Administrator, and UNUM Life Insurance Company of America,<br>　　　　　　Defendants. | Court File No. 04-5023 JRT/FLN<br><br><br>**ORDER STAYING JUDGMENT AND FOR THE POSTING OF A SUPERCEDEAS BOND** |

---

Charles T. Hvass, Jr., **HVASS WEISMAN & KING**, 825 Nicollet Mall, Suite 1025, Minneapolis, MN 55402, for plaintiff.

Penelope J. Phillips and Brian T. Benkstein, **FELHABER LARSON FENLON & VOGT**, PA, 220 South Sixth Street, Suite 2200, Minneapolis, MN 55402, for defendants.

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that:

1. This Court's Order, dated June 30, 2006, and Judgment entered July 3, 2006, is hereby stayed pending the outcome of Defendants' appeal to the Eighth Circuit Court of Appeals;

2. Defendants must post a supersedeas bond in the amount of Fifty-Thousand and 00/100 Dollars ($50,000.00), which shall be subject to the Court's approval, within three days of the date of this Order.

　IT IS SO ORDERED.

DATED:  July 19, 2006　　　　　　　　　　　　s/John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　United States District Judge